IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 1:25-00115

DEVON BASIL BLANKENSHIP
LANDON JOSEPH CARTWRIGHT

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the defendant Devon Basil Blankenship for a continuance of the trial and all case related action in this matter. (ECF No. #42.) Counsel for defendant explains that additional time is needed for counsel and Mr. Blankenship to review the discovery material thoroughly and independently, confer regarding the same, as well as conduct significant investigation and necessary research before determining what pretrial motions, if any, need to be filed on his behalf.

Counsel indicates that there are no objections to a continuance by the co-defendant or the government.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in

18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:[i]

1. The deadline for the filing of pretrial motions is continued to September 25, 2025;

2. The Pretrial Motions Hearing is continued to October 6, 2025, at 1:30 p.m., in Bluefield;

3. Jury Instructions and Proposed Voir Dire are due by October 28, 2025;

4. Trial of this action is continued to November 4, 2025, at 9:30 a.m., in Bluefield; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 18th day of August, 2025.

ENTER:

David A. Faber
Senior United States District Judge

2

---

[i] As no motion for severance has been granted, these new dates (and the court's findings regarding excludable time under the Speedy Trial Act) apply to defendant Landon Joseph Cartwright as well.