```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:25-00115

DEVON BASIL BLANKENSHIP
LANDON JOSEPH CARTWRIGHT


### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the defendant Devon Basil Blankenship for a continuance of the trial and all case related action in this matter. (ECF No. #57.)  Counsel for defendant Blankenship will be out of the office due to a scheduled major surgical procedure for an immediate family member.  Counsel expects to be on intermittent leave throughout the remainder of the month of December.

Counsel indicates that there are no objections to a continuance by the government.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:[i]

1. The Pretrial Motions Hearing is continued to January 20, 2026, at 1:30 p.m., in Bluefield;

2. Jury Instructions and Proposed Voir Dire are due by March 16, 2026;

3. Trial of this action is continued to March 24, 2026, at 9:30 a.m., in Bluefield; and

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 25th day of November, 2025.

ENTER:

David A. Faber
Senior United States District Judge

---

[i] As no motion for severance has been granted, these new dates (and the court's findings regarding excludable time under the Speedy Trial Act) apply to defendant Landon Joseph Cartwright.